FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2016 MAR 18 P 12:07

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATIONS OF
THE FEDERAL GUN CONTROL ACT

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **16-47** |
| v. | * | SECTION: **SECT. E MAG. 3** |
| STEVEN LONG | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | * | 18 U.S.C. § 924(a)(2) |

\* \* \*

The Grand Jury charges that:

## COUNT 1

On or about March 10, 2016, in the Eastern District of Louisiana, the defendant, **STEVEN LONG**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to wit: a conviction on September 18, 2006, in the Twenty-Second Judicial District Court, St. Tammany Parish, State of Louisiana, under Case Number 414-474, for Possession with the Intent to Distribute Marijuana, in violation of Louisiana Revised Statute 40:966(A), **STEVEN LONG** did knowingly possess in and affecting interstate commerce five (5) firearms, to wit: a Remington Model 870, 12 gauge shotgun; a Mossberg Model 500ASG, 12 gauge shotgun; a Taurus Model 44, .44 caliber revolver; a Marlin Model 1895,

✓ Fee USA
___ Process____
X Dktd____
___ CtRmDep____
___ Doc. No.____

45-70 caliber rifle; and, a Colt Model 1991, .45 caliber ACP semi-automatic pistol; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF GUN FORFEITURE

1. The allegations of Count 1 of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Sections 922(g) and 924(d)(1), made applicable through Title 28, United States Code, Section 2461.

2. As a result of the offenses alleged in Count 1, the defendant, **STEVEN LONG**, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 922(g) and 924(d)(1), made applicable through Title 28, United States Code, Section 2461, any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of the Indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 922(g) and 924(d)(1), made applicable through Title 28, United States Code, Section 2461.

A TRUE BILL:

FOREPERSON

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

MYLES RANIER
Assistant United States Attorney
Louisiana Bar Roll No. 30029

New Orleans, Louisiana
March 18, 2016

All in violation of Title 18, United States Code, Sections 922(g) and 924(d)(1), made applicable through Title 28, United States Code, Section 2461.

A TRUE BILL:

FOREPERSON

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

MYLES RANIER
Assistant United States Attorney
Louisiana Bar Roll No. 30029

New Orleans, Louisiana
March 18, 2016

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT
Eastern District of Louisiana
Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## STEVEN LONG

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

**VIOLATIONS:** 18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

*A true bill* ▬▬▬▬▬▬▬▬▬▬▬▬▬
*Foreperson*

*Filed in open court this* _____ *day of* _____ *A.D. 2016.*

_____
*Clerk*

*Bail, $* _____

Myles Ranier
Assistant United States Attorney